**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| JAMES H. FISHER,                           ) | |
|                                            ) | |
|                    **Plaintiff,**           ) | |
| v.                                         ) | |
|                                            ) | **Case No. 16-CV-2041** |
| NANCY A. BERRYHILL, Acting                 ) | |
| Commissioner of Social Security,           ) | |
|                                            ) | |
|                    **Defendant.**           ) | |

**ORDER**

On April 6, 2017, Magistrate Judge Eric I. Long filed a Report and Recommendation (#15) in the above cause.  Judge Long recommended denying Plaintiff's Motion for Summary Judgment (#10) and granting Defendant's Motion for Summary Judgment (#14).  On August 19, 2016, Plaintiff filed an Objection to the Report and Recommendation (#16).

This court has carefully reviewed Judge Long's thorough and well-reasoned recommendation and Plaintiff's Objection.  Following this court's careful de novo review, this court agrees with Judge Long's recommendations.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#15) is accepted by this court.

(2) Plaintiff's Motion for Summary Judgment (#10) is DENIED.

(3)  Defendant's Motion for Summary Judgment (#14) is GRANTED.  The

decision to deny benefits is affirmed.

(4) This case is terminated.

ENTERED this 17th day of April, 2017.

s/COLIN S. BRUCE
U.S. DISTRICT JUDGE